UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS TABBERT,<br><br>              Plaintiff,<br><br>    v.<br><br>HOWMEDICA OSTEONICS CORP. d/b/a STRYKER HOWMEDICA OSTEONICS, a New Jersey corporation,<br><br>              Defendant. | No.   2:15-CV-0039-SMJ<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER AND FEDERAL RULE OF EVIDENCE 502(d) ORDER** |

Before the Court, without oral argument, is the parties' Joint Motion for Entry of Agreed Protective Order and Federal Rule of Evidence 502(d) Order, ECF No. 24. Pursuant to the Court's Scheduling Conference Notice, ECF No. 15, the parties conferred about the need for an order addressing Fed. R. Evid. 502(d) as well as a confidentiality and protective order. The parties have drafted, and request that the Court enter, a Stipulated Protective Order. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion.

///

//

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Joint Motion for Entry of Agreed Protective Order and Federal Rule of Evidence 502(d) Order, **ECF No. 24**, is **GRANTED**.

**2.** Pursuant to Federal Rule of Civil Procedure 26(c), the Court adopts and enters the parties' Agreed Protective Order, **ECF No. 24-1**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of June 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge