FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

THOMAS TABBERT,

                Plaintiff,

      v.

HOWMEDICA OSTEONICS CORP.
d/b/a STRKYER HOWMEDICA
OSTEONICS, a New Jersey
corporation,

                Defendant.

No.   2:15-CV-00039-SMJ

**ORDER**

Before the Court, without oral argument, is Plaintiff Talbert's Motion to Reconsider, ECF No. 89.  The motion seeks to clarify the statement in the Court's order granting Defendant's leave to amend answer, ECF No. 88, where the Court inadvertently indicated that Plaintiff was not opposing Defendant's request. Counsel correctly points out that it did in fact oppose Defendant's motion as evidenced by its response, ECF No. 73.  The Court has reviewed the response including the pleadings and the file in this matters and denies the motion to reconsider.  The Court continues to believe that it is proper in this case to allow the Defendant to amend their answer and assert additional claims.  Fed. R. Civ. P. 15(a)(2).

Accordingly, **IT IS HEREBY ORDERED**:

1.    Plaintiff's Motion to Reconsider, **ECF No. 89**, **is DENIED.**

**IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of May 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge